**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

JUSTIN THURMOND,

Plaintiff,

v. | Case No. 2:26-cv-02043-MSN-tmp
JURY DEMAND

FCA US LLC, LAKESHORE CDJR OF KENNER, LLC, and SANTANDER CONSUMER USA INC., d/b/a CHRYSLER CAPITAL,

Defendants.

---

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Before the Court is the Chief Magistrate Judge's Report and Recommendation (ECF No. 37, "Report"), entered June 23, 2026, addressing Motions to Dismiss (ECF Nos. 12 & 14) filed by Defendants Santander Consumer USA Inc. ("Santander") and FCA US LLC ("FCA"). The Report recommends denying Defendants' Motions to Dismiss because Plaintiff's Corrected Amended Complaint (ECF No. 16) is now the operative pleading. (ECF No. 37 at PageID 317.) Santander and FCA had fourteen (14) days after being served to file objections. Neither defendant has submitted any objections.

**STANDARD OF REVIEW**

Congress enacted 28 U.S.C. § 636 to relieve the burden on the federal judiciary by permitting the assignment of district court duties to magistrate judges. *See United States v. Curtis*, 237 F.3d 598, 602 (6th Cir. 2001) (citing *Gomez v. United States*, 490 U.S. 858, 869–70 (1989)); *see also Baker v. Peterson*, 67 F. App'x 308, 310 (6th Cir. 2003). For dispositive matters, "[t]he

district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. §636(b)(1). After reviewing the evidence, the court is free to accept, reject, or modify the magistrate judge's proposed findings or recommendations. 28 U.S.C. § 636(b)(1). The district court is not required to review—under a *de novo* or any other standard—those aspects of the report and recommendation to which no objection is made. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *See id.* at 151.

**DISCUSSION**

The Court has reviewed the Report and the entire record in this matter and finds no clear error in the Magistrate Judge's analysis or conclusions. The Magistrate Judge warned that:

> WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDED DISPOSITION, ANY PARTY MAY SERVE AND FILE SPECIFIC WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS. ANY PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); L.R. 72.1(g)(2). FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER AND/OR FORFEITURE OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL.

(ECF No. 37 at PageID 317–18.) Despite this clear warning, no objections were filed. As a result, the Motions to Dismiss (ECF Nos. 12 & 14) must be denied.

**CONCLUSION**

Accordingly, the Court hereby **ADOPTS** the Report and Recommendation (ECF No. 37) in its entirety. Santander and FCA's Motions to Dismiss (ECF Nos. 12 & 14) are **DENIED**.

**IT IS SO ORDERED**, this 21st day of August, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE